WATERVLIET HYDRAULIC COMPANY et al., Appellants, *v.* THE STATE OF NEW YORK, Respondent.

*State — eminent domain — water and watercourses — appropriation by State for canal purposes of dams and water rights in Mohawk river.*

*Watervliet Hydraulic Co.* v. *State of New York*, 217 App. Div. 804, affirmed.

(Argued January 25, 1927; decided February 23, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 17, 1926, unanimously affirming a judgment of the Court of Claims awarding damages to claimant for the appropriation by the State, in the construction of the Barge canal, of certain dams in the Mohawk river belonging to claimant and the destruction of its water rights appertaining thereto.

*H. C. McCollom, Charles E. Hotchkiss, John T. Norton, Eugene McLean* and *Barrett R. Wellington* for appellants.

*Albert Ottinger,* Attorney-General (*Albert J. Danaher* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.